IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:                                                                   CASE NO. 13-28221-GMH
JOSEPH ROMANO                                   JUDGE G. MICHAEL HALFENGER
2318 PROSPECT ST
NEW HOLSTEIN, WI 53061                               DATE CONFIRMED:
                DEBTOR

                                                                                  ATTORNEY: KIRCHNER LAW OFFICE SC
                                                                                  EMAIL: dan@kirchnerlaw.com

                                                                                                   DATE: 11/13/2013

NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intent to pay the claims of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

If this case has NOT been confirmed, the allowed secured claims listed will not reflect the splitting of allowed secured claims by their collateral value. Claims will be split at time of confirmation.

| CLAIM # | CREDITOR NAME & ADDRESS | AMOUNT | % ALLOWED | CLASSIFICATION |
|---|---|---|---|---|
| 0001 | Account Recovery Servi<br>3031 N 114th St<br>Milwaukee, WI 53222 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 74N1<br>COMMENT:<br>Not Filed |
| 0025 | Account Recovery Servi<br>3031 N 114th St<br>Milwaukee, WI 53222 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 81N1<br>COMMENT:<br>Not Filed |
| 0026 | Account Recovery Servi<br>3031 N 114th St<br>Milwaukee, WI 53222 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 77N1<br>COMMENT:<br>Not Filed |
| 0027 | Account Recovery Servi<br>3031 N 114th St<br>Milwaukee, WI 53222 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 96N1<br>COMMENT:<br>Not Filed |
| 0028 | Account Recovery Servi<br>3031 N 114th St<br>Milwaukee, WI 53222 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 82N1<br>COMMENT:<br>Not Filed |
| 0029 | Account Recovery Servi<br>3031 N 114th St<br>Milwaukee, WI 53222 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 70N1<br>COMMENT:<br>Not Filed |

CHAPTER 13 CASE NO. 13-28221-GMH
DEBTOR (1) JOSEPH ROMANO

| CLAIM # | CREDITOR NAME & ADDRESS | AMOUNT | % ALLOWED | CLASSIFICATION |
|---|---|---|---|---|
| 0030 | Account Recovery Servi<br>3031 N 114th St<br>Milwaukee, WI 53222 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 68N1<br>COMMENT:<br>Not Filed |
| 0031 | Account Recovery Servi<br>3031 N 114th St<br>Milwaukee, WI 53222 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 79N1<br>COMMENT:<br>Not Filed |
| 0032 | Account Recovery Servi<br>3031 N 114th St<br>Milwaukee, WI 53222 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 78N1<br>COMMENT:<br>Not Filed |
| 0033 | Account Recovery Servi<br>3031 N 114th St<br>Milwaukee, WI 53222 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 73N1<br>COMMENT:<br>Not Filed |
| 0034 | Account Recovery Servi<br>3031 N 114th St<br>Milwaukee, WI 53222 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 75N1<br>COMMENT:<br>Not Filed |
| 0035 | Account Recovery Servi<br>3031 N 114th St<br>Milwaukee, WI 53222 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 71N1<br>COMMENT:<br>Not Filed |
| 0002 | Americollect<br>Attn: Bankruptcy<br>Po Box 1566<br>Manitowoc, WI 54221 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 8028<br>COMMENT:<br>Not Filed |
| 0042 | AT&T SERVICES INC<br>ONE AT AND T WAY ROOM 3A 231<br>KAREN A CAVAGNARO<br>BEDMINSTER, NJ 07921 | $168.73 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT:<br>COMMENT: WISC BELL |
| 0003 | Attorney Jeffery Schelble<br>Schelble Law Firm, S.C.<br>622 N. Water St, Suite 400<br>Milwaukee, WI 53202 | $0.00 | 0.00 | CLASS: Matrix Download<br>INTEREST: 0.00%<br>ACCT:<br>COMMENT:<br>Not Filed |

CHAPTER 13 CASE NO. 13-28221-GMH
DEBTOR (1) JOSEPH ROMANO

| CLAIM # | CREDITOR NAME & ADDRESS | AMOUNT | % ALLOWED | CLASSIFICATION |
|---|---|---|---|---|
| 0004 | Aurora Health Care<br>P.O. Box 091700<br>Milwaukee, WI 53209 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT:<br>COMMENT:<br>Not Filed |
| 0005 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 9365<br>COMMENT:<br>Not Filed |
| 0006 | CREDITORS COLLECTION SERVICE<br>832 MICHIGAN AVENUE<br>SHEBOYGAN, WI 53081 | $120.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT:<br>COMMENT: TRANSPO MINI STORAGE |
| 0021 | Daniel C. Nedset<br>Kirchner Law Office SC<br>614 North Sixth Street<br>Sheboygan, WI 53081-4613 | $0.00 | 0.00 | CLASS: Matrix Download<br>INTEREST: 0.00%<br>ACCT:<br>COMMENT:<br>Not Filed |
| 0007 | Daniel J. Rostollan, LLC<br>435 East Mill Street<br>PO Box 491<br>Plymouth, WI 53073 | $0.00 | 0.00 | CLASS: Matrix Download<br>INTEREST: 0.00%<br>ACCT:<br>COMMENT:<br>Not Filed |
| 0041 | DIRECTV INC<br>2230 E IMPERIAL HWY<br>EL SEGUNDO, CA 90245 | $923.97 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 2124<br>COMMENT: |
| 0008 | Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 7837<br>COMMENT:<br>Not Filed |
| 0009 | EXETER FINANCE CORP<br>P O BOX 166008<br>IRVING, TX 75016 | $30,070.68 | 100.00 | CLASS: VEHICLE<br>INTEREST: 20.95%<br>ACCT: 9954<br>COMMENT: |
| 0011 | FREEDOM ROAD FINANCIAL<br>%CAPITAL RECOVERY GROUP<br>P O BOX 29426<br>PHOENIX, AZ 85038-9426 | $4,366.64 | 100.00 | CLASS: VEHICLE<br>INTEREST: 21.99%<br>ACCT: 1079<br>COMMENT: |

CHAPTER 13 CASE NO. 13-28221-GMH
DEBTOR (1)  JOSEPH ROMANO

| CLAIM # | CREDITOR NAME & ADDRESS | AMOUNT | % ALLOWED | CLASSIFICATION |
|---|---|---|---|---|
| 0016 | HEUER LAW OFFICES<br>9312 W NATIONAL AVE<br>WEST ALLIS, WI  53227 | $1,309.29 | 49.00 | CLASS: UNSECURED<br>INTEREST:  0.00%<br>ACCT:  0615<br>COMMENT:  ROUNDYS |
| 0012 | Huer Law Office, S.C.<br>9312 W National Ave<br>Milwaukee, WI  53227 | $0.00 | 0.00 | CLASS: Matrix Download<br>INTEREST:  0.00%<br>ACCT:<br>COMMENT:<br>Not Filed |
| 0000 | JOSEPH ROMANO<br>2318 PROSPECT ST<br>NEW HOLSTEIN, WI  53061 | $0.00 | 0.00 | CLASS: DEBTOR REFUND<br>INTEREST:  0.00%<br>ACCT:<br>COMMENT: |
| 0000 | KIRCHNER LAW OFFICE SC<br>614 NORTH SIXTH STREET<br>SHEBOYGAN, WI  53081 | $3,491.00 | 100.00 | CLASS: ATTORNEY FEE<br>INTEREST:  0.00%<br>ACCT:<br>COMMENT: |
| 0013 | Miitary Star/AAFES<br>Aafes<br>Po Box 650060<br>Dallas, TX  75265 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST:  0.00%<br>ACCT:  2333<br>COMMENT:<br>Not Filed |
| 0014 | Osi Collect<br>507 Prudential Rd.<br>Horsham, PA  19044 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST:  0.00%<br>ACCT:  5820<br>COMMENT:<br>Not Filed |
| 0036 | Osi Collect<br>507 Prudential Rd.<br>Horsham, PA  19044 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST:  0.00%<br>ACCT:  5821<br>COMMENT:<br>Not Filed |
| 0037 | Osi Collect<br>507 Prudential Rd.<br>Horsham, PA  19044 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST:  0.00%<br>ACCT:  4351<br>COMMENT:<br>Not Filed |
| 0015 | PROFESSIONAL DEBT MEDIATION<br>P O BOX 550979<br>JACKSONVILLE, FL  32255 | $339.15 | 49.00 | CLASS: UNSECURED<br>INTEREST:  0.00%<br>ACCT:  1496<br>COMMENT: |

CHAPTER 13 CASE NO. 13-28221-GMH
DEBTOR (1) JOSEPH ROMANO

| CLAIM # | CREDITOR NAME & ADDRESS | AMOUNT | % ALLOWED | CLASSIFICATION |
|---|---|---|---|---|
| 0040 | QUANTUM3 GROUP LLC<br>P O BOX 788<br>KIRKLAND, WA 98083-0788 | $1,044.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 6987<br>COMMENT: moma funding/checkngo |
| 0018 | Santander Consumer Usa<br>8585 N Stemmons Fwy Ste 1100-N<br>Dallas, TX 75247 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 1000<br>COMMENT:<br>Not Filed |
| 0010 | SCHELBLE & HEMMER<br>622 N WATER STREET STE 400<br>MILWAUKEE, WI 53202 | $19,075.56 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 8306<br>COMMENT: ford motor credit/vehicle def |
| 0017 | SNR SC<br>1601 N Taylor Dr<br>Sheboygan, WI 53081 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT:<br>COMMENT:<br>Not Filed |
| 0019 | STATE COLLECTION SERVICE INC<br>2509 SOUTH STOUGHTON ROAD<br>P O BOX 6250<br>MADISON, WI 53716-0250 | $148.49 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 4351<br>COMMENT: ST NICHOLAS HOSP |
| 0020 | United Resource System<br>10075 W Colfax Ave<br>Lakewood, CO 80215 | $0.00 | 49.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 62N1<br>COMMENT:<br>Not Filed |
| | TOTAL: | $61,057.51 | | |

Pursuant to 11 U.S.C. 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid or have been deemed disallowed if classification is stated as disallowed and no payment shall be made due to claim having been filed late, unless the Debtor or other party in interest files with the court in accordance with Rule 3007, an Objection to Claim and Request for Hearing within twenty five (25) days of this notice.

/s/ THOMAS J KING

THOMAS J KING
CHAPTER 13 TRUSTEE
P O BOX 3170
OSHKOSH, WI 54903-3170

CHAPTER 13 CASE NO. 13-28221-GMH
DEBTOR (1)  JOSEPH ROMANO

    I herein certify that a copy of this notice was served upon the Debtor and the Debtor's Attorney of record on this date by regular U.S. Mail, postage prepaid, at their addresses as they appear in the records hereof or electronically (if the party accepts service in this manner).

DATED:  November 15, 2013　　　　　　　　　　　　　　/s/  Cass Loberg
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Cass Loberg