UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In Re:                                                    Chapter 13
JOSEPH ROMANO
2318 Prospect St
New Holstein, WI 53061

        Debtor(s)                                  Case No. 2013-28221-GMH-13

---

**MOTION AND NOTICE OF MOTION TO DISMISS - CONFIRMED PLAN**

---

NOTICE IS HEREBY GIVEN that the Chapter 13 Standing Trustee, Thomas J. King pursuant to 11 U.S.C. 1307(c), does hereby move the Court for an Order dismissing this case for cause, including;

material default with regard to a confirmed plan, specifically for the reason that the debtor has failed to pay $488.05 monthly with the debtor delinquent $1,058.24 in periodic payments. In addition, the debtor's plan is severely infeasible to complete within five years. The plan is looking to run 1001 months from confirmation.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, should you have one in this case.  (If you do not have an attorney, you may wish to consult one).

**ANY OBJECTION TO THE RELIEF REQUESTED BY THIS MOTION SHOULD BE IN WRITING SPECIFYING LEGALLY SUFFICIENT GROUNDS WHY THE MOTION SHOULD NOT BE GRANTED AND SHOULD BE FILED IN DUPLICATE WITH THE CLERK OF THE U.S. BANKRUPTCY COURT, ROOM 126, U.S. COURTHOUSE, 517 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202 WITHIN 21 DAYS OF THE DATE OF THE MAILING OF THIS NOTICE.  SHOULD AN OBJECTION NOT BE IN COMPLIANCE WITH THESE REQUIREMENTS THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.  IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF FOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.**

                                                                                                         /s/  Jennifer K. Marquissee
                                                                                                         Staff Attorney

| |
|---|
| **Thomas J. King**<br>**Chapter 13 Standing Trustee**<br>**P O Box 3170**<br>**Oshkosh, WI  54903-3170**<br>**920.231.2150**<br>**Fax 920.231.5713**<br>**E-mail info@ch13oshkosh.com** |

Generated  January 27, 2014