THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 27, 2014



G. Michael Halfenger
United States Bankruptcy Judge

U S BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:                                          Chapter 13
JOSEPH ROMANO               Case No. 2013-28221-GMH
2318 Prospect St
New Holstein, WI 53061

    Debtor(s)

**ORDER OF DISMISSAL**

---

    Upon the Certification of Jennifer K. Marquissee, Staff Attorney, for the Chapter 13 Standing Trustee, Thomas J. King, indicating that no objection to the trustee's Motion to Dismiss which was filed with the Court on January 27, 2014, has been filed with the Court and the notice time having passed;

    IT IS HEREBY ORDERED:

    That this case shall be dismissed effective immediately.

**Thomas J. King**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**(Fax) 920.231.5713**
**E-mail info@ch13oshkosh.com**

#####